UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                          CASE NO. 2:17-CR-26

v.

                                          HON. ROBERT J. JONKER

MICHAEL SCOTT SANDERS,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed both the Report and Recommendation and the Supplemental Report and Recommendation filed by the United States Magistrate Judge in this action (ECF Nos. 25, 34). The Report and Recommendations were duly served on the parties, and no objections have been made thereto within the time required by law. Based on this, and on the Court's review of all matters of record, including the transcript of the plea proceedings, **IT IS ORDERED** that:

1. The Report and Recommendations of the Magistrate Judge (ECF Nos. 25, 34) are approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

4. Defendant shall remain detained pending sentencing on February 7, 2018.

Date:   January 17, 2018                /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                CHIEF UNITED STATES DISTRICT JUDGE