UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 2:17-cr-26

        Plaintiff,                    Hon. Robert J. Jonker
                                                     Chief U.S. District Judge
v.

MICHAEL SCOTT SANDERS,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant Michael Scott Sanders appeared before the undersigned on April 27, 2021 for initial appearance on the Amended Probation Petition for Offender Under Supervision.  (ECF No. 56.)  Sanders was advised of his rights and the alleged violations, as required by Fed. R. Crim. P. 32.1.

Defendant reserved the issue of detention and advised that the parties are looking into a global resolution to the federal and state charges.  Defense counsel indicated that she intends to file a waiver of preliminary hearing within seven days and that Defendant would like further proceedings held before the Hon. Robert J. Jonker.

Defendant will remain detained pending further proceedings.

IT IS ORDERED.

Date:  April 28, 2021                        /s/ *Maarten Vermaat*
                                                         MAARTEN VERMAAT
                                                         U.S. MAGISTRATE JUDGE