UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-26 |
| Plaintiff, | Hon. Robert J. Jonker<br>Chief U.S. District Judge |
| v. | |
| MICHAEL SCOTT SANDERS, | |
| Defendant. | |
| _____/ | |

## **ORDER OF DETENTION**

Pursuant to the order of Chief Judge Robert J. Jonker (ECF No. 87), the undersigned held a bond review hearing for Defendant Michael Sanders on November 10, 2021.

For reasons stated on the record, Defendant's bond is revoked, and Defendant shall be remanded to the custody of the U.S. Marshals.

IT IS ORDERED.

Date:   November 12, 2021             /s/ *Maarten Vermaat*
                                      MAARTEN VERMAAT
                                      U.S. MAGISTRATE JUDGE